# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

UNITED STATES OF AMERICA

     V.                                   CASE NUMBER: 3:06CR449

ANTONIO ALFREDO MARTINEZ-MELGAR

     THIS MATTER is before the Court on an Order of Remand, filed January 20, 2010, from the Fourth Circuit Court of Appeals for re-sentencing.

     **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of  Defendant, ANTONIO ALFREDO MARTINEZ-MELGAR (USM #21654-058), for re-sentencing before the Honorable Frank D. Whitney,  in the Western District of North Carolina, Charlotte, North Carolina not later than March 1, 2010, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

     The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

     IT IS SO ORDERED.

                         Signed: January 25, 2010

                         Frank D. Whitney
                         United States District Judge